# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| Lester C. McKenzie III | ) | |
| _Plaintiff_ | ) ) | |
| v. | ) | Civil Action No. 2:19-cv-0044 |
| Tennessee Technological University, et al. | ) ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dr. Leslie Crickenberger, in her official capacity
c/o Tennessee Attorney General and Reporter
UBS Tower, 18th Floor
P.O. Box 20207
Nashville, TN 37202-0207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Douglas B. Janney III
2002 Richard Jones Road
Suite B-200
Nashville, TN 37215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 05/31/2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

Civil Action No. 2:19-cv-0044

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Leslie Crickenberger, in her official capacity
was received by me on *(date)* 06/13/2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Tennessee Attorney General and Reporter , who is
designated by law to accept service of process on behalf of *(name of organization)* Leslie Crickenberger
by Certified U.S. Mail, return receipt attached on *(date)* 06/18/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 8.35 for travel and $ _____ for services, for a total of $ 8.35 .

I declare under penalty of perjury that this information is true.

Date: 06/24/2019

s/Douglas B. Janney III
*Server's signature*

Douglas B. Janney III, Attorney
*Printed name and title*

2002 Richard Jones Road, Suite B-200
Nashville, TN 37215

*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature: HArry Sherrell ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery: 6/18/19 |
| 1. Article Addressed to:<br>Leslie Crickenberger<br>c/o TN Attorney General; Reporter<br>301 6th Ave., North<br>Nashville, TN 37243 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4554 8278 7020 31 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ...ail<br>☐ ...ail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7018 0680 0000 5322 6974 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |