# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **LESTER C. MCKENZIE III,** | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 2:19-cv-44** |
| | ) | |
| v. | ) | **Chief Judge Crenshaw** |
| | ) | **Magistrate Judge Newbern** |
| **TENNESSEE TECHNOLOGICAL** | ) | |
| **UNIVERSITY, et al.,** | ) | **Jury Demand** |
| | ) | |
| Defendants. | ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Lester C. McKenzie III and Defendants Tennessee Technological University, Leslie Crickenberger, Brandon Johnson, and Philip Oldham, in their official capacities, notify the Court that all matters in controversy between them have been resolved. The Parties are in the process of taking all necessary actions to fulfill the conditions of the settlement. Upon satisfaction of the settlement agreement, the parties will file a proposed Agreed Order of Dismissal with prejudice.

Respectfully submitted,

s/Douglas B. Janney III
Douglas B. Janney III (BPR No. 19112)
2021 Richard Jones Road, Suite 310A
Nashville, Tennessee 37215
(615) 742-5900
doug@janneylaw.com

*Attorney for Plaintiff*

2

        <u>s/Matthew D. Janssen by DBJ w/permission</u>
        Matthew D. Janssen (BPR No. 35451)
        Senior Assistant Attorney General
        Carolyn Smith (BPR No. 17116)
        Deputy Attorney General
        Education and Employment Division
        UBS Tower, 18th Floor
        P.O. Box 20207
        Nashville, TN  37202-0207
        (615) 741-7087
        Matthew.Janssen@ag.tn.gov
        Carolyn.Smith@ag.tn.gov

        *Attorneys for Defendants*